```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
R.R. et al.,                                                :
                                                            :
                              Plaintiffs,                   :
                                                            :         22-CV-6701 (VSB)
                -against-                                   :
                                                            :              ORDER
CITY OF NEW YORK, et al.,                                   :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiffs filed this action on August 5, 2022, (Doc. 1), and filed affidavits of service on August 18, 2022, (Docs. 15, 16). The deadline for Defendants to respond to Plaintiffs' complaint was September 7, 2022. (*See* Docs. 15, 16.) Defendant New York City Department of Education requested an extension of time to respond until October 12, 2022, (Doc. 18), and I granted that extension, (Doc. 19). In its extension request, Defendant New York City Department of Education indicated that "[t]he parties hope to resolve this case without the need for conferences, discovery, or motion practice—once the relevant billing records are provided by Plaintiff's counsel—and the requested extension should give the City sufficient time to begin its internal settlement review process." (Doc. 18.) To date, Defendant City of New York has not appeared, and Defendant New York City Department of Education has not responded to the complaint. Accordingly, on or before October 20, 2022, Plaintiffs are directed to file a joint letter updating the Court on the status of this case. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  October 13, 2022
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge